UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL MILES, Individually, | Case No. 1:14-cv-14393 |
| Plaintiff, | |
| v. | |
| | Honorable Thomas L. Ludington |
| MERCY PROPERTIES, LLC, a Michigan Limited Liability Company, | |
| Defendant. | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated February  1 , 2016   ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

It is **ORDERED** that this action shall be, and hereby is, **DISMISSED with prejudice** and without costs or attorney fees to any party except as provided in the Settlement Agreement. This is a final order and closes the case.

Dated: March 7, 2016

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

Respectfully Submitted,

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. | /s/ Erik G. Chappell |
| Owen B. Dunn, Jr. | Erik G. Chappell (P51332) |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | Peter A. Dewhirst (PP53111) |
| The Ottawa Hills Shopping Center | **Lyden, Chappell & Dewhirst, Ltd.** |
| 4334 W. Central Avenue, Suite 222 | 5565 Airport Highway, Suite 101 |
| Toledo, OH  43615 | Toledo, Ohio 43615 |
| Telephone: (419) 241-9661 | Telephone: (419) 867-8900 |
| Fax: (419) 241-9737 | Facsimile: (419) 867-3647 |
| Email:  dunnlawoffice@sbcglobal.net | Email: egc@lydenlaw.com |
| | Email: pad@lydenlaw.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 7, 2016.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager

---

2